[S. F. No. 10573.  In Bank.—February 13, 1923.]

In the Matter of the Application of THOMAS J. KEHR et al. for Writ of Mandamus.

ESTATES OF DECEASED PERSONS — MONEY IN STATE TREASURY — DISTRIBUTION—REMEDY.—An application for a writ of *mandamus* to compel the superior court to proceed and hear a petition for distribution in a case where money has been paid to the state treasurer under provisions of section 1737 of the Code of Civil Procedure will be denied on the ground that petitioner's remedy is by proceedings in the superior court of Sacramento County under the provisions of section 1272a of the Code of Civil Procedure (Stats. 1917, p. 254).

APPLICATION for Writ of Mandamus to compel the Superior Court to hear a petition for distribution of money paid into the State Treasury.  Denied.

The facts are stated in the opinion of the court.

H. H. Eaton for Petitioner.

THE COURT.—The application for a writ of *mandamus* to compel the respondent to proceed and hear the petition for distribution in this case, where money has been paid to the state treasurer under provisions of section 1737 of the Code of Civil Procedure, is denied, on the ground that petitioner's remedy is by proceedings in the superior court of Sacramento County under the provisions of section 1272a of the Code of Civil Procedure (Stats. 1917, p. 254).

All the Justices concurred.